DONALD O'NEAL GRIFFIN, *Appellant,* v. STATE OF KANSAS, *Appellee.*

No. 48,433

Opinion filed May 14, 1977.

*Edward M. Kumorowski,* of Hutchinson, argued the cause and was on the brief for the appellant.

*Curt T. Schneider,* attorney general, and *Joseph P. O'Sullivan,* county attorney, were on the brief for the appellee.

*Per Curiam:* Affirmed.

DONALD EUGENE CIPOLLA, *Appellant,* v. STATE OF KANSAS, *Appellee.*

No. 48,505

Opinion filed May 14, 1977.

*John T. Flannagan,* of Payne & Jones, Chartered, of Olathe, argued the cause and was on the brief for the appellant.

*Larry McClain,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, *Dennis W. Moore,* district attorney, and *Richard S. Wetzler,* assistant district attorney, were with him on the brief for the appellee.

*Per Curiam:* Affirmed.

STATE OF KANSAS, *Appellee,* v. ANTONIO WASHINGTON, *Appellant.*

No. 48,542

Opinion filed May 14, 1977.

*Joseph D. Johnson,* of Topeka, argued the cause and *Thomas P. Martin,* legal intern, was with him on the brief for the appellant.

*Gene M. Olander,* district attorney, argued the cause, and *Curt T. Schneider,* attorney general, was with him on the brief for the appellee.

OWSLEY, J. Affirmed.